WILSON et al., Respondents, v. BRACKEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Proceeding by Arthur Wilson and another

against Thomas Bracken, impleaded with others. D. McCurdy, of New York City, for appellant. J. S. Wise, Jr., of New York City, for respondents. No opinion. Motion denied, with $10 costs. Order filed. See, also, 135 N. Y. Supp. 435.